AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JANE DOE A/K/A
MARIA DEL CARMEN COTTO GONZALEZ

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ# 04-873-MBB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  March 25, 2004  in  Suffolk  county, in the  District of  Massachusetts  defendant(s) did, (Track Statutory Language of Offense) provide false information in an application for a United States passport and falsely represent a social security number to be assigned to her when, in fact, it was not so assigned

in violation of Title  42  United States Code, Section(s)  408(a)(7)(B) and 18 U.S.C. Sect. 1542 .

I further state that I am a(n)  Special Agent  and that this complaint is based on the following facts:
Official Title

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

July 21, 2004 @ 5:00 PM   at   BOSTON, MASSACHUSETTS
Date                                                                        City and State

MARIANNE B. BOWLER
CHIEF UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                                  Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.