



Place change of address label here