# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## (COMMONWEALTH OF PUERTO RICO)

DEPARTAMENTO DE SALUD
(DEPARTMENT OF HEALTH)

REGISTRO DEMOGRAFICO
(DEMOGRAPHIC REGISTRY)

CERTIFICACION DE NACIMIENTO

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-78-00278-030956-052066

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)
MARIA DEL CARMEN COTTO GONZALEZ

DOMICILIO (DWELLING HOUSE)
CAGUAS, PUERTO RICO

FECHA NACIMIENTO (BIRTHDATE)
04 JUN 1978

FECHA INSCRIPCION (REGISTRATION DATE)
05 JUN 1978

LUGAR NACIMIENTO (BIRTHPLACE)
CAGUAS, PUERTO RICO

SEXO (SEX)
F

NOMBRE DEL PADRE (FATHER'S NAME)
ANTONIO COTTO

EDAD (AGE)
33

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
CAGUAS, PUERTO RICO

NOMBRE DE LA MADRE (MOTHER'S NAME)
SONIA MARIA GONZALEZ

EDAD (AGE)
23

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
CAGUAS, PUERTO RICO

FECHA EXPEDICION (DATE ISSUED)
09 MAY 1996

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



ADVERTENCIA: Cualquier alteración o borradura cancela esta certificación.

WARNING: Any alteration or erasure voids this certification.