July 19, 2004.


Sra. Bueso
Social Security Administration
4200 Washington Street
Roslindale, MA 02131

Dear Mrs. Bueso:

    My name is María del Carmen Cotto González, I born on June 4, 1978 in Caguas, Puerto Rico. My father's name is Antonio Cotto and he born on January 6, 1945 and my mother's name is Sonia María González and born on January 3, 1955. Both of them born in Caguas, Puerto Rico. I have a son, his name is Jomar Yazet García Cotto and he born on August 1, 2001 in Caguas, Puerto Rico. Currently I'm in my fifth month of pregnancy.

    In 1996 I requested an original copy of my birth certificate to start studies at University of Puerto Rico in Cayey, Puerto Rico. I can't remind if they kept the original or just a copy. I couldn't find the original at home.

Cordially,

*[signature]*

Maria del Carmen Cotto González



Case 1:04-cr-10238-PBS    Document 2-5    Filed 07/22/2004    Page 2 of 2