IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
| ) | 04-cr-10238-PBS |
| v. ) | |
| ) | VIOLATIONS: |
| MARISOL OBJIO ) | 18 U.S.C. §1542 |
| a/k/a MARIA DEL CARMEN ) | (Passport Fraud) |
| COTTO GONZALEZ ) | 42 U.S.C. §408(a)(7)(B) |
| ) | (Social Security Number |
| ) | Fraud) |
| ) | |

**INFORMATION**

COUNT ONE: 18 U.S.C. §1542
(Passport Fraud)

The United States Attorney charges that:

On or about March 25, 2004, at Boston in the District of Massachusetts,

MARISOL OBJIO a/k/a MARIA DEL CARMEN COTTO GONZALEZ

the defendant herein, did willfully and knowingly make a false statement on an application for a United States Passport with the intent to induce or secure the issuance of a passport under the authority of the United States, either for her use or the use of another.

All in violation of Title 18, United States Code, Section 1542.

COUNT TWO: 42 U.S.C. §408(a)(7)(B)
(Social Security Number Fraud)

The Grand Jury further charges that:

On or about June 4, 2001, at Boston in the District of Massachusetts,

MARISOL OBJIO a/k/a MARIA DEL CARMEN COTTO GONZALEZ

the defendant herein, with intent to deceive, falsely represented a number to be the social security account number assigned by the Commissioner of Social Security to her, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to her.

All in violation of Title 42, United States Code, Section 408(a)(7)(b).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JOHN A. CAPIN
Assistant U.S. Attorney
617-748-3264

≷JS 45 (5/97) - (Revised USAO MA 1/ /4)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    Category No. XI _____    Investigating Agency  SSA _____

**City**  Boston _____    **Related Case Information:**

**County**  Suffolk _____    Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New
Magistrate Judge Case Number  04-mj-873-MBB
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  MARISOL OBJIO _____    Juvenile  ☐ Yes  ☒ No

Alias Name  MARIA DEL CARMEN COTTO GONZALEZ _____

Address _____

Birth date (Year only): ____  SSN (last 4 #): ____  Sex  M  Race: ____  Nationality:  Dominican

Defense Counsel if known:  Eileen Donahue      Address:  1121 Middle St.
                                                         Lowell, MA 01852

Bar Number: _____

**U.S. Attorney Information:**

AUSA  John A. Capin _____    Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date:  7/22/04

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  Chief M. J. Bowler  on  7/22/04

**Charging Document:**  ☐ Complaint  ☒ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  July 14, 2004    Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Marisol Objio a/k/a Maria del Carmen Cotto Gonzalez

| Index Key/Code | U.S.C. Citations Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §1542 | passport fraud | 1 |
| Set 2  42 U.S.C. §408(a(7(B | social security number fraud | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION: _____

JS45.wpd - 1/15/04 (USAO-MA)