# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                              CR. NO. 04-10238-PBS

MARISOL OBJIO

## NOTICE

August 18, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for **arraignment at 3:00 p.m., Thursday, September 2, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

/s/
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD

\*  **PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**