UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA         CRIMINAL ACTION
                                 NO. 04-10238-PBS

V.

MARISOL OBJIO

### DEFENDANT'S MOTION TO CONTINUE
### RULE 11 HEARING

The defendant, MARISOL OBJIO, by her attorney respectfully requests that this Honorable Court continue the Rule 11 Hearing scheduled for September 22, 2004, to a later date, on the ground that the additional time is necessary in order to afford counsel the opportunity to negotiate potential plea agreement.

The Government does not oppose this motion.

Respectfully submitted,
By her Attorney,

Dated: September 20, 2004

Eileen M. Donoghue/ BBO# 130040
112 Middle Street
Lowell, MA 01852
(978) 458-7070

### CERTIFICATE OF SERVICE

I hereby certify that on this day 20th day of September, 2004 a true copy of the Motion to Continue Rule 11 Hearing was served upon John Capin, AUSA, U.S. Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210 via first-class mail, postage prepaid.

Eileen M. Donoghue, Esquire