UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10238-PBS

v.

MARISOL OBJIO

**NOTICE OF RESCHEDULED RULE 11 HEARING**

SARIS, U.S.D.J.                                                                                              October 12, 2004

      The Rule 11 Hearing previously scheduled for October 22, 2004, has been **rescheduled** to **October 21, 2004, at 11:00 a.m.**

      By the Court,

      /s/ Robert C. Alba
      Deputy Clerk

Copies to:  All Counsel

resched.ntc