UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 04-10238-pbs |
| | ) | |
| V. | ) | |
| | ) | |
| MARISOL OBJIO | ) | |

## MOTION TO CONTINUE RULE 11 HEARING

The defendant, MARISOL OBJIO, by her attorney Eileen M. Donoghue, Esquire respectfully requests that this Honorable Court continue the Rule 11 Hearing, which has been scheduled for Thursday, October 21, 2004, to a later date, on the ground that the hearing was originally scheduled for Friday, October 22, 2004 at 3:30 p.m.; counsel for the defendant had no conflict with this time. On October 15, 2004, counsel for the defendant received notice that the Rule 11 Hearing had been rescheduled for Thursday, October 21, 2004 at 11:00 a.m. Counsel for the defendant has a previously scheduled hearing scheduled before Judge Kearny at the Middlesex Probate Court in Cambridge for October 21, 2004, and has a conflict with the rescheduled time in the instant case.

WHEREFORE, it is respectfully requested that this Honorable Court continue the hearing, which was scheduled for October 21, 2004 to a later date that is convenient for this court.

Respectfully submitted,
By her Attorney,

Dated: October 18, 2004

_____
Eileen M. Donoghue
112 Middle Street
Lowell, Massachusetts 01852
(978) 458-7070
BBO# 130040

ASSENTED TO:

_____
By: John Capin, AUSA

## CERTIFICATE OF SERVICE

I hereby certify that on this day 18th day of October, 2004 a true copy of the Motion to Continue Rule 11 Hearing was served upon John Capin, AUSA, U.S. Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210 via first-class mail, postage prepaid.

_____
Eileen M. Donoghue, Esquire