UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 04-10238-PBS |
| ) | |
| MARISOL OBJIO ) | |
| a/k/a MARIA DEL CARMEN ) | FILED |
| COTTO GONZALEZ ) | In Open Court |
| ) | USDC, Mass. |
| Defendant ) | Date 11-18-04 |
| ) | By _____ |
| | Deputy Clerk |

## WAIVER OF INDICTMENT

Defendant Marisol Objio, after having been advised of the nature of the felony charges in this proceeding, and of her rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

_/s/ Marisol Objio_
MARISOL OBJIO

_/s/ Eileen Donahue_
Eileen Donahue, Esq.
Attorney for Defendant

Date: November 10, 2004