UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO. 04-10238-PBS

2005 FEB 10  P 1: 35

U.S. DISTRICT COURT
DISTRICT OF MASS

V.

MARISOL OBJIO

## ASSENTED TO
## MOTION TO CONTINUE SENTENCING HEARING

The Defendant, Marisol Objio, respectfully requests that this Honorable Court continue the sentencing hearing, scheduled for February 17, 2005 for an additional ninety days, or to such date that is convenient for this court, and further that this court enlarge the time in which the Defendant may file objections to the Presentence Report.

In support of this motion, the Defendant submits that the additional time is necessary in order to afford her the time and opportunity to present her response to the presentence report, as well as to prepare for the sentencing hearing, and including time that may be necessary to make arrangements with regard to her three minor children.

The Government assents to this Motion.

Respectfully submitted
By her Attorney,

_____
Eileen M. Donoghue
112 Middle Street
Lowell, MA 01852
978 458-7070
BBO# 130040

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2005 a true copy of the Assented to Motion to Continue Sentencing Hearing was served upon John A. Capin, AUSA, U.S. Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210 via first class mail and facsimile.

_____
Eileen M. Donoghue, Esquire