UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.   CRIMINAL NO.   04-10238-PBS

MARISOL OBJIO
    Defendant

## MEMORANDUM OF SENTENCING HEARING
## AND
## REPORT OF STATEMENT OF REASONS

Saris, D.J.

Counsel and the defendant were present for sentencing hearing on 3/31/05. The Court has considered the factors set forth in 18 U.S.C. §3553(a), including the sentencing guidelines. The reasons for sentence were stated in open court.

1. (a)   Were all factual statements contained in the Presentence Report (PSR) adopted without objection?

    __X__ yes    _____ no

   (b)   If no to (a) the PSR was adopted in part with the exception of the following factual issues in dispute:

2.   Are any legal issues in dispute?

    _____ yes   __X__ no

    If yes, describe disputed issues and their resolution:

3. (a)   Tentative findings as to advisory guidelines are:

    Total Offense Level: __10__

    Criminal History Category: __1__

    __6__ to __12__ months imprisonment

    __24__ to __36__ months supervised release

    $__2,000__ to $__20,000__ fine

    (plus $_____ cost of

        imprisonment/supervision)

$ _____ restitution

$ __200_____ special assessment ($_____ on each of counts _____)

(b) Are there any legal objections to tentative findings?

   _____ yes   **X** no

4(a) Remarks by counsel for defendant.[1]

   **X** yes   _____ no

(b) Defendant speaks on own behalf.

   **X** yes   _____ no

(c) Remarks by counsel for government.

   **X** yes   _____ no

5.(a) The sentence will be imposed as follows:

_____ months imprisonment

_____ months/intermittent community confinement

    12     months probation

_____ months supervised release

$ _____ fine (including cost of imprisonment/supervision)

$ _____ restitution

$ ____200_____ special assessment ($_____ on each of counts _____)

Other provisions of sentence: (community service, forfeiture, etc.):

- **DEFENDANT SHALL COOPERATE WITH IMMIGRATION OFFICIALS AS REQUIRED.**
- **DEFENDANT SHALL TAKE ENGLISH COURSES, AS REQUIRED BY THE U.S. PROBATION OFFICE.**

(b) After imposing sentence, the Court has advised the defendant of the defendant's right to appeal within 10 days of the entry of judgment in accordance with FRCrP 32(a)(2).

---

[1] The order of argument and/or recommendation and allocution may be altered to accord with the Court's practice.

6.  Statement of reasons for imposing sentence.
    Check appropriate space.

    (a) ___ Sentence is within the advisory guideline range

    (b) ___ Sentence departs from the advisory guideline range as a result of:

    ___ substantial cooperation upon motion of the government

OR

    _X_ a finding that the following (aggravating or mitigating) circumstance exists that is of a kind or degree not adequately taken into consideration by the Sentencing Commission in formulating the guidelines and that this circumstance should result in a sentence different from that described by the guidelines for the following reasons:

    - EXTRAORDINARY FAMILY RESPONSIBILITIES.  DEFENDANT IS A SINGLE MOTHER WITH FOUR CHILDREN, ONE OF WHOM IS VERY ILL.  I GAVE DEFENDANT 12 MONTHS PROBATION BECAUSE OF THE NON-SERIOUS ASPECT OF THE CHARGES (DEFENDANT WAS TRYING TO GO HOME TO SEE AN ILL MOTHER).

7.  (a) Is the sentence under the advisory sentencing guidelines reasonable in light of the factors set forth in 18 U.S.C. §3553(a)

        _X_ yes  ___ no

    (b) If no, why is the guideline sentence unreasonable?

    (c) Is restitution applicable in this case?

        ___ yes  _X_ no

3

       Is full restitution imposed?

          \_\_\_ yes     \_\_\_ no

       If no, less than full restitution is imposed for the following reasons:


(d)   Is a fine applicable in this case?

          _X_ yes     \_\_\_ no

Is the fine within the guidelines imposed?

          \_\_\_ yes     _X_ no

If no, the fine is not within guidelines or no fine is imposed for the following reasons:

_X_  Defendant is not able, and even with the use of a reasonable installment schedule is not likely to become able, to pay all or part of the required fine; OR

_X_  Imposition of a fine would unduly burden the defendant's dependents; OR

\_\_\_  Other reasons as follows:


8.   Was a plea agreement submitted in this case?

          \_\_\_ yes     _X_ no

Check appropriate space:

\_\_\_  The Court has accepted a Rule 11(e)(1)(A) charge agreement because it is satisfied that the agreement adequately reflects seriousness of the actual offense behavior and accepting the plea agreement will not undermine the statutory purposes of sentencing.

\_\_\_  The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that is within the applicable guideline range.

\_\_\_  The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that departs from the applicable guideline range because the Court is satisfied that such a departure is authorized by 18 U.S.C. 3553(b).

9.   The PSR is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S.

      Probation Department under seal unless required for appeal.

10. Judgment will be prepared by the clerk in accordance with above.

11. The clerk will provide this Memorandum of Sentencing Hearing And Report on Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.

_____                        S/PATTI B. SARIS
Date                                  United States District Judge